**UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

_____

**No. 95-20927**
**Summary Calendar**
_____

**NCNB TEXAS NATIONAL BANK, As receiver for**
**First Republicbank Houston NA and**
**KWP FINANCIAL I, INC.,**

**Plaintiff - Appellees,**

**versus**

**ALLEN HOUK, Trustee, Et Al.,**

**Defendants,**

**SIU NIN NG, also known as David Ng;**
**PO-SHIN WONG NG**

**Defendants - Appellants.**

_____

**Appeal from the United States District Court**
**for the Southern District of Texas**
**(CA-H-91-571)**
_____

June 21, 1996

Before DAVIS, BARKSDALE, and DeMOSS, Circuit Judges.

PER CURIAM:[*]

Siu Nin Ng and Po-Shin Wong Ng (Ngs) appeal from the district court's Order Requiring Turnover, Appointing Receiver, and Enjoining Persons. They complain that the district court lacked

_____

[*]    Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

sufficient evidence of ownership of property to grant a turnover; that it erred by ordering turnover as to unspecified property; that it lacked sufficient evidence that there was property that could not be readily attached or levied; and that it erred when it appointed an unqualified receiver.

Applying Texas law, we review a turnover order for abuse of discretion. *Jacobs v. Adams*, 874 S.W.2d 166, 167 (Tex. App. - Houston 1994, no writ). The decision to appoint a receiver in turnover proceedings is also within the discretion of the trial court. *Schultz v. Cadle Co.*, 825 S.W.2d 151, 155 (Tex. App.- Dallas 1992, writ denied). We find no abuse of discretion in the application of the Texas Turnover Statute.

*AFFIRMED.*